UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NICHOLAS PAVLAK,  CASE NO. 9:20-cv-80934-RS

    Plaintiff,

v.

THE PEP BOYS-MANNY, MOE & JACK,
INC. AND MCPHAIL ASSOCIATES,
L.L.L.P.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendants, The Pep Boys-Manny, Moe & Jack, Inc. and McPhail Associates, L.L.L.P. ("Defendants"), by and through their undersigned counsel, hereby notify the Court that Plaintiff Nicholas Pavlak and Defendants (collectively, the "Parties") have agreed to settle this matter. The Parties are in the process of memorializing the terms of the settlement in a written agreement, and anticipate filing a Joint Stipulation of Dismissal in the near future.

Therefore, Defendants respectfully request the Court vacate all pending deadlines in this case.

DB1/ 115833815.1

Dated: September 2, 2020

Respectfully submitted,

*/s/ Beth S. Joseph*
Anne Marie Estevez
Florida Bar No. 991694
Email: annemarie.estevez@morganlewis.com
Beth Joseph
Florida Bar No. 0062952
Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendants*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on September 2, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Beth S. Joseph*
Beth S. Joseph

**SERVICE LIST**

Anthony J. Brady, Jr., Esq.
604 Banyan Trail
P.O. Box 811362
Boca Raton, Florida  33431
Tel: 561.603.6387
Ladbrady@gmail.com

*Counsel for Plaintiff*