UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80934-CIV-SMITH

NICHOLAS PAVLAK,

    Plaintiff,
v.

PEP BOYS - MANNY, MOE & JACK,
INC., *et al*.,

    Defendants.
_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the Notice of Settlement [DE 9] filed on September 2, 2020, which indicates the parties have settled this case. Accordingly, it is

**ORDERED** that:

1) the parties shall file appropriate dismissal papers with the Court no later than **October 2, 2020**.

2) All pending motions not otherwise ruled on are **DENIED AS MOOT**.

3) This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of September 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE